IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HF HUNTER SHIPPING PTE. LTD, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 25-573-JLH-EGT |
| ATLANTIC OCEANIC LLC, | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 3rd day of December 2025:

WHEREAS, on May 15, 2025, Plaintiff HF Hunter Shipping PTE. LTD filed its Motion to Remand (D.I. 15);

WHEREAS, on May 27, 2025, Defendant Atlantic Oceanic LLC filed its Motion to Dismiss for Failure to State a Claim or, in the Alternative, to Transfer (D.I. 17);

WHEREAS, on November 3, 2025, Magistrate Judge Eleanor G. Tennyson issued a Report and Recommendation ("R&R") (D.I. 27) in this action recommending that the Court grant Plaintiff's motion to remand, remain pending Defendant's motion to dismiss, and award Plaintiff costs and attorneys' fees under 28 U.S.C. § 1447(c);

WHEREAS, on November 17, 2025, Defendant filed a notice that it does not seek to file objections to the R&R (D.I. 32), no party filed objections pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finds no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the R&R (D.I. 27) is ADOPTED. Plaintiff's Motion to Remand (D.I. 15) is GRANTED, Defendant's Motion to Dismiss REMAIN PENDING for the Court of Chancery on remand, and Plaintiff is awarded reasonable costs and

attorneys' fees incurred as a result of the removal. Plaintiff is to provide proof of its expenses to Defendant within 14 days of this Order. This Court retains jurisdiction to resolve and enter a final order relating to costs and expenses.

                                                                             _____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE